Benjamin R. Kittredge, Respondent, v. William C. Langley, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles D. Miller, Appellant, v. David Laughlin, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Samuel Mayers, Appellant, v. Samuel Bloomingdale and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

William R. Montgomery, Appellant, v. James S. Gross, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Desire R. Szakvary, Appellant, v. Haddorf Piano Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Louis Blumenberg, Individually and as Trustee, etc., and Others, Respondents, v. Ernest F. Eilert and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Max S. Grifenhagen, Appellant, for a Writ of Mandamus against Samuel H. Ordway and Others, Composing the Civil Service Commission of the State of New York, Respondents.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Dowling and Page, JJ., dissented.

B. P. Ducas Company, Appellant, v. The Bayer Company, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Frank A. McGuire, Respondent, for a Writ of Mandamus against William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Ludwig Treitel, Appellant, v. Maurice Bamberger and Others, Respondents.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Owen E. Abraham, as Assignee, etc., Respondent, v. American Exchange National Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Dowling, Smith and Page, JJ.

Owen E. Abraham, as Assignee, etc., Respondent, v. American Exchange National Bank, Appellant.— Motion for stay denied, with ten dollars costs. Present — Scott, Dowling, Smith and Page, JJ.

Aaron Berger v. Albert S. Nichols.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.